

**IT IS SO ORDERED.**
**Signed June 22, 2015**

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 14-53340-ASW |
| Julie Martinez Brian, | Chapter 13 |
| Debtor. | Date: June 30, 2015 |
| | Time: 10:00 a.m. |

**TENTATIVE DECISION GRANTING MOTION TO DISMISS**

This case is over 10 months old.  The case shall be dismissed on **September 30, 2015**, if not confirmed or converted by that date. The Trustee shall submit a proposed order to that effect.

The Trustee has moved to dismiss this case for unreasonable delay prejudicial to creditors under 11 U.S.C. § 1307(c)(1) based on the failure to resolve the Trustee's objections to confirmation which have been pending since **September 30, 2014.**

The Debtor filed an opposition on **June 12, 2015**.  The opposition states that the case is confirmable and that Debtor has filed an amended plan and other documents to address the Trustee's objection points.

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

1    The Trustee's most recent objection filed on **April 2, 2015**

2  contains **four** points:

3       1. The proposed pot amount is insufficient.

4       2. Debtor must file amended documents to list a modified

5  mortgage payment.

6       3. Debtor must file an amended Form 22C-1 and Form 22C-2 to

7  remove an expense deduction.

8       4. The Trustee must be the disbursing agent on all

9  pre-petition obligations with the exception of on-going mortgage

10  payments and leased car payments.

11       There are no creditor objections.

12

13                    *** End of Tentative Decision ***

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                Court Service List

2   Michael H. Luu
     Law Offices of Michael H. Luu
3   2060 Aborn Rd. #240
     San Jose, CA 95121
4

5   Julie Martinez Brian
     1298 Becket Dr
6   San Jose, CA 95121

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28